IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TIMOTHY L. DALLAS,**

    **Petitioner,**

v.                                              Case No. 1:22-cv-186-AW-MAF

**WALT SUMMERS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Timothy Dallas, represented by counsel, petitioned for § 2254 relief. He acknowledged his petition was untimely, but he sought equitable tolling based on COVID. The State moved to dismiss as untimely, and the magistrate judge has issued a report and recommendation recommending dismissal. ECF Nos. 9, 11. Dallas did not file any objection to the report and recommendation.

I agree with the magistrate judge's conclusion that Dallas has not met his burden to show that equitable tolling should apply. Accordingly, dismissal is appropriate. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is DENIED.

The clerk will close the file.

1

2

SO ORDERED on May 18, 2023.

                                            s/ *Allen Winsor*
                                            United States District Judge